No. 866.   WAGNER *v*. UNITED STATES.   March 31, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   Petitioner *pro se.* *Acting Solicitor General Washington, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 892.   ACKLEY *v*. NEW YORK.   March 31, 1947.   Petition for writ of certiorari to the Court of Appeals of New York denied.

No. 1016.   PEYTON *v*. RAILWAY EXPRESS AGENCY, INC. March 31, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.

No. 1017.   NOORLANDER *v*. CALIFORNIA.   March 31, 1947.   Petition for writ of certiorari to the District Court of Appeal, 2d Appellate District, of California, denied.

No. 1021.   VELAZQUEZ *v*. HUNTER, WARDEN.   March 31, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.   Petitioner *pro se.*   *Acting Solicitor General Washington, Robert S. Erdahl* and *Beatrice Rosenberg* for respondent.

No. 1044.   DUNSCOMB *v*. NEW YORK.   March 31, 1947. Petition for writ of certiorari to the County Court of Onondaga County, New York, denied.